JEFFERY JERMAINE CRUMEDY
350 DEBUYS RD
APT 82
BILOXI, MS 39531

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ALWAYS MONEY
19 PASS RD
GULFPORT, MS 39507

COMMUNITY CHOICE
3409 WASHINGTON AVE
GULFPORT, MS 39507

CREDIT ONE BANK
P.O. BOX 98873
LAS VEGAS, NV 89193

FAMILY CHOICE FINANCIA
10598 D'IBERVILLE BLVD
DIBERVILLE, MS 39540

HMC GROUP
29065 CLEMENS RD
WESTLAKE, OH 44145

HOPE CREDIT UNION
183 PORTER ACE
BILOXI, MS 39530

KEESLER FEDERAL CREDIT
P.O. BOX 7001
BILOXI, MS 39534

LEND NATION
1735 PASS RD
BILOXI, MS 39531

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

MERCHANTS ADJ SERVICE
P.O. BOX 7511
MOBILE, AL 36670

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

NATIONAL CREDIT AUDIT
12770 COIT RD
STE 1000
DALLAS, TX 75251

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE, IN 47706

SPEEDY CASH
9040 HWY 49
GULFPORT, MS 39503

SUNRISE CREDIT
ATTN: BANKRUPTCY
PO BOX 9004
MELVILLE, NY 11747

T-MOBILE
P.O. BOX 37380
ALBUQUERQUE, NM 87176

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

WORLD FINANCE
PO BOX 6429
GREENVILLE, SC 29607